UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SARCUNI, PEDRO CUNHA, ALEXANDER LLYOD, SKLIAR VIKTOR, MARC SIMON, PILICI RUSTAM, DANIEL LU, CLÉMENT OMÉTEK, EDISON HO, KIRO ALEKSANDROV, JONAS WERNECKE, PAOLO LEITE, MIRAS ISSAKHOV, and DANIELE PENNA, on behalf of themselves and others similarly situated,<br><br>                        Plaintiffs,<br><br>v.<br><br>bZx DAO, KYLE KISTNER, TOM BEAN, HASHED INTERNATIONAL LLC, AGE CRYPTO LLC, OOKI DAO, LEVERAGEBOX LLC, and bZeroX LLC<br><br>                        Defendants. | Case No.: 3:22-cv-00618-LAB-DEB<br><br>Hon. Larry Alan Burns<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME [Dkt. 11]** |

/ / /

/ / /

/ / /

1

The parties jointly moved to extend the time for Defendants Leveragebox LLC and bZeroX LLC to respond to the Complaint. (Dkt. 11). That motion is **GRANTED**. Defendants Leveragebox LLC and bZeroX LLC shall answer or otherwise respond to the Complaint by **July 18, 2022**.

**IT IS SO ORDERED.**

Dated: June 1, 2022

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge