MORRISON COHEN LLP
Jason P. Gottlieb (NY SBN 4056008)*
Daniel C. Isaacs (NY SBN 4875902)*
909 Third Avenue
New York, NY 10022
Telephone: 212.735.8600
Facsimile: 212.735.8708
jgottlieb@morrisoncohen.com
disaacs@morrisoncohen.com
*admitted *pro hac vice*

HAHN LOESER & PARKS LLP
Michael J. Gleason (CA SBN 279434)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA  92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
mgleason@hahnlaw.com

*Attorneys for Defendants Kyle Kistner, Tom Bean, Leveragebox LLC and bZeroX LLC*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SARCUNI, *et al.*, on behalf of themselves and other similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>bZx DAO, KYLE KISTNER, TOM BEAN, HASHED INTERNATIONAL LLC, AGE CRYPTO LLC, OOKI DAO, LEVERAGEBOX LLC, and bZeroX LLC,<br><br>Defendants. | **Case No. 3:22-cv-00618-LAB-DEB**<br><br>**DEFENDANTS KYLE KISTNER, TOM BEAN, LEVERAGEBOX LLC, AND BZEROX LLC'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, TO STRIKE PLAINTIFFS' CLASS ALLEGATIONS**<br><br>Judge: Hon. Larry Alan Burns<br>Ctrm.: 14A<br>Date: October 11, 2022<br>Time: 11:15 am<br><br>**ORAL ARUGMENT REQUESTED** |

TO THE HONORABLE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that on October 11, 2022 at 11:15 a.m., or as soon thereafter as this matter may be heard in the above-entitled Court located at the United States District Court, Southern District of California, 333 West Broadway, San Diego, CA 92101, Courtroom 14A, Defendants Kyle Kistner, Tom Bean, Leveragebox LLC, and bZeroX LLC will move this Court, pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) for dismissal, or, in the alternative, to strike Plaintiffs' Class Allegations under Rule 12(f).  Defendant Bean additionally will move this Court pursuant to Rule 12(b)(2) for dismissal.

This motion will be based on Rule 12(b)(6) and upon the grounds that Plaintiffs improperly brings an action against Kistner and Bean in their individual capacities and plead no facts warranting piercing the corporate veil of their associated limited liability companies – bZeroX LLC and Leveragebox LLC; Plaintiffs' claim is barred by terms of use; Plaintiffs fail to plead a cause of action for negligence; and Plaintiffs do not allege a general partnership among the defendants.

This motion will be further based on Rule 12(f) and upon the grounds that the Court should strike Plaintiffs' class allegations, and such facts are apparent from the pleadings.

This motion will be further based on Rule 12(b)(2) and upon the grounds that the Court lacks personal jurisdiction over Bean, who is resident of Georgia, and Plaintiffs do not allege any contacts between Bean and this District.

This motion is based on this Notice and the accompanying Memorandum of Points and Authorities in support, the Declaration of Jason P. Gottlieb and the exhibits annexed thereto, the pleadings and records on file in this case, and such arguments as may be presented to the Court upon oral argument on this motion.

Dated: July 18, 2022   HAHN LOESER & PARKS LLP

By: *s/ Michael J. Gleason*
Michael J. Gleason (CA SBN 279434)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA  92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
mgleason@hahnlaw.com

MORRISON COHEN LLP
Jason P. Gottlieb (NY SBN 4056008)*
Daniel C. Isaacs (NY SBN 4875902)*
909 Third Avenue
New York, NY 10022
Telephone:  212.735.8600
Facsimile:  212.735.8708
jgottlieb@morrisoncohen.com
disaacs@morrisoncohen.com
*admitted pro hac vice*

*Attorneys for Defendants Kyle Kistner, Tom Bean, Leveragebox LLC, and bZeroX LLC*

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE
FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, TO STRIKE