MORRISON COHEN LLP
Jason P. Gottlieb (NY SBN 4056008)*
Daniel C. Isaacs (NY SBN 4875902)*
909 Third Avenue
New York, NY 10022
Telephone:  212.735.8600
Facsimile:  212.735.8708
jgottlieb@morrisoncohen.com
disaacs@morrisoncohen.com
*admitted *pro hac vice*

HAHN LOESER & PARKS LLP
Michael J. Gleason (CA SBN 279434)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA  92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
mgleason@hahnlaw.com

*Attorneys for Defendants Kyle Kistner, Tom Bean, Leveragebox LLC and bZeroX LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIAN SARCUNI, *et al.*, on behalf of themselves and other similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>bZx DAO, KYLE KISTNER, TOM BEAN, HASHED INTERNATIONAL LLC, AGE CRYPTO LLC, OOKI DAO, LEVERAGEBOX LLC, and bZeroX LLC,<br><br>Defendants. | **Case No. 3:22-cv-00618-LAB-DEB**<br><br>**DECLARATION OF JASON P. GOTTLIEB IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE PLAINTIFFS' CLASS ALLEGATIONS** |

I, Jason P. Gottlieb, declare pursuant to 28 U.S.C. § 1746:

1. I am a partner of Morrison Cohen LLP, counsel for defendants Kyle Kistner, Tom Bean, bZeroX LLC, and Leveragebox LLC. Unless otherwise stated, this declaration is based upon my personal knowledge.

2. I submit this declaration in support of the Motion to Dismiss the First Amended Complaint, or, in the alternative, to Strike Plaintiffs' Class Allegations to be filed on behalf of Kyle Kistner, Tom Bean, bZeroX LLC, and Leveragebox LLC.

3. In the Complaint, Plaintiffs allege that they accessed the Protocol using Fulcrum. *See* Complaint ¶ 43. In order to use Fulcrum, Plaintiffs allege that they "navigated to the website bZx.network (the "bZx Website") and then select[ed] the desired product, either Fulcrum or Torque." *See* Complaint ¶ 45. A true and correct copy of a print-out of the bZx Website that is presented to users when they visit https://bzx.network is attached hereto as Exhibit 1.

4. According to Plaintiffs, to access the Fulcrum product, users would select "Fulcrum" from the top of the bZx Website. *See* Complaint ¶ 45. Clicking the link for Fulcrum brings the user to the webpage http://fulcrum.trade (the "Fulcrum Website"). A true and correct copy of a print-out of the Fulcrum Website that is presented to users when they visit https://fulcrum.trade is attached hereto as Exhibit 2.

5. The Fulcrum Terms of Use are published through the Fulcrum Website. The Terms of Use can be viewed on the Fulcrum Website via a hyperlink, which directs the user to the Terms of Use (https://fulcrum.trade/tos). The portion of the Fulcrum Website containing the hyperlink for the Terms of Use is at the bottom left of the Fulcrum Website. *See also* Exhibit 2.

/ / /

/ / /

/ / /

6. Clicking on the hyperlink for "Terms of Use" takes the user to the Fulcrum Terms of Use, available at https://fulcrum.trade/tos. A true and correct copy of the Fulcrum Terms of Use is attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2022 in New York, New York.

*/s Jason P. Gottlieb*
Jason P. Gottlieb