## EXHIBIT TABLE OF CONTENTS

| EXHIBIT # | DESCRIPTION | PAGE # |
|:---:|:---|:---:|
| 1 | bZx website: A Protocol For Tokenized Margin Trading and Lending | 2-13 |
| 2 | Fulcum website: Crypto Margin Trading with Fulcrum | 14-23 |
| 3 | Fulcrum website: Terms and Conditions | 24-35 |

**Page 1**

EXHIBIT INDEX TO DECLARATION OF JASON P. GOTTLIEB IN SUPPORT OF MOTION TO DISMISS

# EXHIBIT 1

6/6/22, 11:25 AM                          bZx - A Protocol For Tokenized Margin Trading and Lending



# The most powerful open finance protocol

Build applications that empower lenders, borrowers, and traders with the most flexible decentralized finance protocol on Ethereum.



bZx - A Protocol For Tokenized Margin Trading and Lending

torque

Indefinite-term Loans with Fixed Interest Rates

Our Ecosystem

EXPLORE

## DeFi Saver

DeFi Saver is a one-stop management solution for decentralized finance protocols.

## Staked

Staked helps institutional investors reliably and securely compound their crypto through staking and lending.

## Dexwallet

The mobile wallet for decentralized finance

## 1inch

Token Swap Aggregator with the best prices on the DEX market.

EXHIBIT 1

6/6/22, 11:25 AM                                    bZx - A Protocol For Tokenized Margin Trading and Lending



bZx - A Protocol For Tokenized Margin Trading and Lending



**EXHIBIT 1**

**Page 6**

bZx - A Protocol For Tokenized Margin Trading and Lending



**EXHIBIT 1**                                **Page 7**

bZx - A Protocol For Tokenized Margin Trading and Lending



**EXHIBIT 1**

**Page 8**



**EXHIBIT 1**                                                                         **Page 9**

bZx - A Protocol For Tokenized Margin Trading and Lending





## History

### June, 2020

The BZRX Token Model v3 Revealed

### June, 2020

bZx Protocol v2 smart-contracts released and open-sourced

### January, 2020

bZx protocol reached $7.5MM TVL

### October, 2019

Torque Is Live: The Most Powerful Decentralized Borrowing Platform on Ethereum

### October, 2019

bZx Team hosted DeFi Drinks event during Devcon 5 at Osaka, JP



| 2020 | 2019 | 2018 | 2017 |

**EXHIBIT 1**                                        **Page 11**



6/6/22, 11:25 AM                                    bZx - A Protocol For Tokenized Margin Trading and Lending

| How it works | Fulcrum | History |
| Documentation | Torque | Careers |
| API | Staking Dashboard | Press |
| Ecosystem | Protocol Explorer | Media assets |
| Blog | iTokens | Contact us |
| Staking Calculator | pTokens | |
| Smart Contracts | BZRX Token | |

alchemy
Certified Infrastructure

DeFi Risk Disclosure | © 2022 bZeroX, LLC

EXHIBIT 1                                          Page 13

# EXHIBIT 2





# Margin made simple

Fulcrum is a powerful DeFi platform for tokenized lending and margin trading.

## Trade





Up to 5x long/short

## Lend



To earn interest

# Why is
# margin trading with Fulcrum
# better?



**EXHIBIT 2**                                    **Page 15**

## No KYC

Fulcrum is a decentralized margin trading platform. There is no need for any verification, KYC or AML.



## Non-Custodial

Whether lending or trading, maintain control of your own keys and assets with our non-custodial solution.



## Everything is Tokenized

iTokens (margin loans) earn holders interest on borrowed funds and pTokens (tokenized margin positions) allow your margin positions to be composable.



## Minimal Liquidation Penalties

Positions that become undercollateralized are only liquidated enough to bring margin maintenance from 15% to 25%.



## Perpetual Positions

Enjoy a frictionless trading experience with positions that automatically renew and zero rollover fees.

EXHIBIT 2                                    Page 16



**EXHIBIT 2**                                                             **Page 17**

6/6/22, 11:27 AM                    Crypto Margin Trading with Fulcrum | bZx

# How to open a leveraged position?

Select an asset, set your leverage, and go long or short



Select the amount of leverage for your asset



Enter the quantity and confirm transaction

**EXHIBIT 2**                                                        **Page 18**

## Fulcrum supports leveraging, shorting, and lending of:

| DAI | ETH | KNC | LINK | USDC | WBTC |
|-----|-----|-----|------|------|------|
|  |  |  |  |  |  |
| USDT | BZRX | LEND | UNI | AAVE | COMP |
|  |  |  |  |  |  |
| LRC |
|  |

## How safe is it? 



## Audited Smart Contracts

The bZx base protocol has been successfully audited by leading blockchain security auditor ZK Labs.



## Secure Oracles

Chainlink's decentralized oracle network is used for price information.



**EXHIBIT 2**                                                                   **Page 19**

6/6/22, 11:27 AM                                    Crypto Margin Trading with Fulcrum | bZx

## Insurance Fund

If undercollateralized loans are not properly liquidated, lenders are repaid from a pool funded by 10% of the interest paid by borrowers.



## Open source

As one of the founding principles of DeFi, we're committed to interoperability and the development of open source code - see for yourself!

●

## Frequently Asked Questions

What does going long or short mean in trading?                                                      —

> Margin trading has two main aspects: leverage and shorting. When trading with leverage, a trader borrows assets to increase the amount of assets they are trading. By doing so, they magnify the gains or losses of their trade. The borrowed assets are known as a margin loan. To obtain the margin loan, the trader puts up assets that serve as collateral. The terms of the margin loan specify a collateral-to-loan ratio. If the trade falls below the specified ratio, the trade is liquidated and the lender gets repaid using the trader's collateral. Margin trading also includes shorting. When shorting, a trader essentially sells assets they do not own. The short investor borrows an asset and sells it with the expectation that the asset will lose value.

How are positions liquidated? Is there liquidity risk?                                              +

Are the smart contracts safe? Can I see the audits?                                                 +

**EXHIBIT 2**                                              **Page 20**



# Start Now

### Trade

ETH ◈    BSC ◈    Polygon ⬡

Up to 5x Leverage,
and perfect liquidity

### Lend

ETH ◈    BSC ◈    Polygon ⬡

To earn interest

# Latest from bZx Blog



**BZX COMPENSATION PLAN**

## P125 Debt Token FAQ

Answering questions related to P125 Compensation plan debt token.

Jan 05, 2022 – 5 min read

**BZX COMPENSATION PLAN**

**PLAN**

## bZx Compensation Plans

bZx DAO has voted on and approved the compensation
plan to refund victims of the attack on November 5th,
2021.

Dec 06, 2021 – 4 min read



## bZx Community call #32

On Friday November 26, 2021 bZx held it's 32nd
community call to discuss news and updates.

Nov 26, 2021 - 3 min read

# Need help?

"No centralization" doesn't mean "no customer support."
We're here to help!

Contact us

bZx Protocol                    Products                    Company

How it works                    Fulcrum                    History

EXHIBIT 2                    Page 22

6/6/22, 11:27 AM                                    Crypto Margin Trading with Fulcrum | bZx

| Documentation | Torque | Team |
|---|---|---|
| API | Staking Dashboard | Careers |
| Ecosystem | Protocol Explorer | Press |
| Blog | iTokens | Media assets |
| Staking Calculator | BZRX Token | Contact us |

Fulcrum is built on bZx protocol

bZx

© 2021 bZeroX, LLC        Terms of use        Privacy policy

EXHIBIT 2                                Page 23

# EXHIBIT 3

 

# Terms and Conditions

## PLEASE READ CAREFULLY

Last Updated: May 10, 2019

Welcome to Fulcrum, a website operated by Leveragebox LLC (the "Company", "we", "us", or "our"). The following terms and conditions, together with any documents expressly incorporated herein by reference (collectively, these "Terms and Conditions" or "Terms"), govern your interaction with us, https://fulcrum.trade (the "Website") and the services, features, and functionality offered by the Company (together with the Website, the "Services").

BY CLICKING THE "ACCEPT" BUTTON, CHECKING THE APPROPRIATE BOX TO ACCEPT THESE TERMS AND CONDITIONS, OR BY ACCESSING OR USING THE WEBSITE OR SERVICES YOU THEREBY ACCEPT THESE TERMS AND CONDITIONS AND AGREE THAT YOU ARE LEGALLY BOUND TO THE TERMS HEREOF. WITHOUT LIMITING THE FOREGOING, YOU ACKNOWLEDGE THAT YOUR USE OF THE WEBSITE AND/OR SERVICES CONSTITUTES AN ACCEPTANCE OF THESE TERMS.

IF YOU ACCEPT THESE TERMS ON BEHALF OF A BUSINESS, ORGANIZATION, OR OTHER ENTITY, YOU REPRESENT AND WARRANT THAT YOU HAVE THE POWER AND AUTHORITY TO BIND SUCH BUSINESS, ORGANIZATION, OR OTHER ENTITY TO THESE TERMS, AND YOUR AGREEMENT TO THESE TERMS WILL BE TREATED AS THE AGREEMENT HERETO OF SUCH BUSINESS, ORGANIZATION OR OTHER ENTITY.

IF YOU ARE UNWILLING TO AGREE TO THESE TERMS, OR YOU DO NOT HAVE THE RIGHT, POWER AND AUTHORITY TO ACT ON BEHALF OF AND BIND THE BUSINESS, ORGANIZATION, OR OTHER ENTITY YOU REPRESENT, DO NOT CLICK ON THE BUTTON, DO NOT ACCEPT, AND DO NOT ACCESS OR OTHERWISE USE THE WEBSITE AND/OR SERVICES.

## 1. Changes to this Agreement

1.1   We reserve the exclusive right to make changes to these Terms and Conditions from time to time, in our sole discretion. Your continued access to and use of the Services constitutes your agreement to be bound by specific terms of these Terms and Conditions posted at such time. You acknowledge and agree that you accept these Terms and Conditions (and any amendments hereto) each time you access the Website or utilize the Services in any manner. Therefore, we encourage you to review these Terms and Conditions regularly as you shall be bound by them.

1.2   If, within thirty (30) days of us posting changes or amendments to these Terms and Conditions, you decide that you do not agree to the updated Terms and Conditions, you may withdraw your acceptance to the amended terms by providing us with written notice of your withdrawal from the updated Terms and Conditions to the email address provided in Section 18.6 hereof. Upon providing us with the written notice of the withdrawal of your acceptance to the Terms and Conditions, your acceptance automatically reverts to the immediately preceding Terms and Conditions that you accepted. At that point, you shall no longer be authorized to access or use the Website or Services, and you must immediately cease in doing so.

## 2. Eligibility

**EXHIBIT 3**                                          **Page 25**

Terms and Conditions

2.1   Age. By accessing our using the Services, you represent and warrant that you are at least eighteen (18) years of age. If you are under the age of eighteen (18), you may not, under any circumstances or for any reason, use the Services.

2.2   Legality. You are solely responsible for ensuring that these Terms and Conditions are in compliance with all laws, rules, and regulations applicable to you and in your jurisdiction. If your use of the Services, or any functionality provided or activity enabled thereby, is prohibited or conflicts with any applicable law, rule or regulation, you may not, under any circumstances or for any reason, use the Services.

2.3   Criteria. We may, in our sole discretion, refuse to offer the Services to any person or entity and change the eligibility criteria for use thereof at any time.

## 3. About the Services We Offer

3.1   The Website may facilitate access to the bZx decentralized margin trading protocol ("bZx"), which allows margin trading and lending via tokenization of loans ("iToken" loan tokens) and margin positions ("pToken" margin position tokens). The bZx decentralized margin trading protocol may enable you to lend cryptocurrency assets (the "Assets") to third parties directly through the use of your web cryptocurrency wallet (including, for example, Metamask or Equal wallet), while retaining a security interest.

3.2   While the Services may assist you in submitting your instructions to bZx to lend your cryptocurrency assets or trade on margin utilizing the cryptocurrency assets of third parties, we do not collect, store, process, host, access, or utilize any information or data whatsoever about you or the instructions you submit through the Services ("Your Data"). We do not

transfer, transmit, convert, broker, hold, escrow, mint, mine, or otherwise interact with any currency, cryptocurrency, security, financial instrument, or digital or physical asset.

3.3   Additional terms and conditions may also apply to specific products, services or features that may be available through the Website and/or directly from us. All such additional terms and conditions are hereby incorporated by reference into these Terms and Conditions.

## 4. Disclaimers

4.1   The Website's main function is that of a facilitator and an entry point into tokenized margin trading that is provided via the bZx decentralized margin trading protocol. Our Website and Services merely provide you a user interface by which you may access bZx decentralized margin lending and borrowing functionality. The Website does not utilize any centralized price feeds. ACCORDINGLY, YOU UNDERSTAND AND AGREE THAT NEITHER WE NOR OUR WEBSITE OR SERVICES MANAGE, ADMINISTER, CONTROL, PERFORM, UNDERWRITE, OR GUARANTEE ANY MARGIN LENDING OR BORROWING TRANSACTIONS WHATSOEVER.

4.2   Neither the Company nor any of its principals, directors, employees, or representatives is providing you with any investment advice through your use of the Website or the Services. We are not a broker-dealer or investment adviser, and we are not registered with the U.S. Securities and Exchange Commission, any U.S. state regulator, or any securities regulator of any other country. Your use of the Services shall not establish an advisory relationship with us, and we do not endorse, recommend, or promote the sale, purchase, trade, lending, borrowing, or any other transaction involving any securities, tokens, or Assets whatsoever. Accordingly, you are solely and exclusively responsible for all aspects of your use of the Website, the Services, and the bZx decentralized margin trading protocol, including all inputs into Services that you may enter or use to initiate, enter, or participate in any transaction. Furthermore, you are solely and exclusively responsible for any decisions about whether to buy, sell, trade, lend, borrow, or otherwise enter into any transaction involving Assets or any securities through or via the Services.

4.3   You understand, acknowledge, and agree that buying, selling, lending, borrowing, trading, or entering into transactions

**EXHIBIT 3**

**Page 26**

4.3   You understand, acknowledge, and agree that buying, selling, lending, borrowing, trading, or entering into transactions (including margin lending or trading) of Assets and/or securities involves significant risk and is not appropriate for all persons. Certain complex strategies and transactions that users (including you) may initiate, enter into, or otherwise participate in through or via the Services may carry substantial additional risk. Past performance is not indicative of future results. Buying, selling, trading, lending, borrowing, and transacting (including entering into margin lending or trading transactions) involve the risk of loss, including total loss of Assets.

## 5. Your Use of the Services

5.1   Use of Services. You shall have the ability to access and utilize the Services without registering for an account or logging in, but you shall be bound to these Terms and Conditions at all times.

5.2   Content. For purposes of these Terms and Conditions, the term "Content" includes, without limitation, information, data, text, images, written posts and comments, software, scripts, maps, graphics, and interactive features generated, provided, or otherwise made accessible on or through the Services. YOU ACKNOWLEDGE THAT ALL CONTENT ACCESSED BY YOU ON OR VIA THE WEBSITE OR IN CONNECTION WITH YOUR USE OF THE SERVICES IS AT YOUR OWN RISK AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE OR LOSS TO YOU OR ANY OTHER PARTY RESULTING THEREFROM. WE DO NOT GUARANTEE THAT ANY CONTENT YOU ACCESS ON OR THROUGH THE SERVICES IS OR WILL CONTINUE TO BE ACCURATE.

5.3   Use License. Subject to these Terms and Conditions, we grant to you a limited, revocable, personal, non-exclusive, non-sublicensable and non-transferable license to use the Website and our Content solely for purposes of using the Services (and only while you are actively using the Services). Use, reproduction, modification, distribution or storage of any

Content for other than purposes of using the Services is expressly prohibited without prior written permission from us. You shall not sell, license, rent, or otherwise use or exploit any Content for commercial use or in any way that violates the rights of any third party or these Terms and Conditions.

5.4   Availability. We do not guarantee that any Content will be made available on the Website or through the Services. We reserve the right to, but do not have any obligation to, (i) remove, edit or modify any Content in our sole discretion, at any time, without notice to you and for any reason (including, but not limited to, upon receipt of claims or allegations from third parties or authorities relating to such Content or if we are concerned that you may have violated these Terms and Conditions), or for no reason at all, and (ii) to remove or block any Content from the Services.

5.5   Website Changes. We reserve the right to withdraw or amend this Website and the Services, and any material we provide in connection therewith, in our sole discretion without notice. WE WILL NOT BE LIABLE TO YOU OR TO ANY THIRD PARTY IF, FOR ANY REASON, ALL OR ANY PART OF THE SERVICES IS UNAVAILABLE, INACCESSIBLE, OR UNUSABLE AT ANY TIME OR FOR ANY PERIOD. FROM TIME TO TIME, WE MAY RESTRICT ACCESS TO, OR USE OF, SOME PARTS OF THE SERVICES.

5.6   Privacy Policy. We do not collect any personally identifiable information and have no desire to do so. You agree that your interactions with us, the Website, and the Services are governed by a privacy policy (the "Privacy Policy"), which can be found at https://fulcrum.trade/privacy. You consent to all actions we may undertake with respect to your information consistent with our Privacy Policy.

5.7   Right to Disable. We have the right to deny access to the Website or to the use of our Services to anyone (including you), at any time, including without limitation if, in our opinion, you have violated any provision of these Terms and Conditions.

## 6. Your Responsibilities

6.1   You understand, acknowledge, and agree that you are solely and exclusively responsible for:

   a.   Providing your own access to the Website and the Services;

**EXHIBIT 3**                                              **Page 27**

b.   All of Your Data that you transmit via or through the use of the Services, and that you have the full and exclusive responsibility the legality, reliability, accuracy and appropriateness thereof;

c.   All actions that you undertake (including failure to take action) in connection with any transaction that you initiate (or are otherwise involved in) via or through the use of the Services, including without limitation, the legality, reliability, accuracy and appropriateness thereof;

d.   All actions that you undertake (including failure to take action) in connection with any Assets that you lend, borrow, acquire, or enter into transactions with via or through the use of the Services (including without limitation, the loss or devaluation of such Assets);

e.   All transactions that you initiate or enter into via or through the use of the Services (including without limitation, the legality, accuracy and appropriateness thereof ); and

f.   Compliance with all Laws that are applicable to you.

## 7. Intellectual Property Rights

7.1   The Website and its Contents, features and functionality (including but not limited to all information, software, scripts, algorithms, text, displays, images, video and audio, and the design, selection and arrangement thereof) that are created by us, are owned by us, our licensors or other providers of such material, and are protected by United States and international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.

7.2   FULCRUM and associated names, logos and all related names, logos, product and service names, designs and slogans are trademarks of the Company or its affiliates or licensors (if and as applicable). You must not use such marks without our prior written permission. All other names, logos, product and service names, designs and slogans on this Website are the trademarks of their respective owners.

7.3   You Shall not reproduce, distribute, modify, create derivative works of, publicly display, publicly perform, republish, download, store or transmit any of the material on our Website, except as follows:

a.   Your computer may temporarily store copies of such materials in RAM incidental to your accessing and viewing those materials.

b.   You may store files that are automatically cached by your Internet browser for display enhancement purposes.

c.   You may print or download one copy of a reasonable number of pages of the Website and its Content for your own personal, non-commercial use and not for further reproduction, publication or distribution.

d.   You may print, download, reproduce and use any outputs and related information or data generated by or through your use of the Services, provided however, that you a) have a lawful right to such use and reproduction; and b) are not infringing on any rights of any third party.

7.4   You must not:

a.   Access or use the Services beyond the scope of the rights granted to you in these Terms and Conditions;

b.   Modify, translate, adapt or otherwise create derivative works or improvements, whether or not patentable, of the Services or any part thereof, except as authorized by us in writing;

c.   Utilize the Website, Services or any portion thereof to design, build (or guide, instructor train any third party or algorithm to design or build) any product or service with functionality that is substantially similar to the Services or that competes with us;

**EXHIBIT 3**                                          **Page 28**

that competes with us;

    d.   Delete or alter any copyright, trademark or other proprietary rights notices from copies of any Content from this site.

7.5  If you wish to make any use of material provided via the Website or the Services other than that as set forth in this Section 7, please address your request to: hello@fulcrum.trade.

7.6  If you print, copy, modify, download or otherwise use or provide any other person with access to any part of the Website in breach of the Terms and Conditions, your right to use the Website will cease immediately and you must, at our option, return or destroy any copies of the materials you have made. No right, title or interest in or to the Website, any Content appearing on the Website, or the Services is transferred to you, and all rights not expressly granted are reserved by us. Any use of the Website not expressly permitted by these Terms and Conditions is a breach of these Terms and Conditions and may further violate copyright, trademark, patent, and other laws.

7.7  You (or your licensors, if and as applicable) shall retain all right, title, and interest to Your Data, and we do not reserve any ownership rights or licenses thereto (except as needed for the sole purpose of making the Services functional and usable for you).

7.8  Except as expressly set forth herein, we expressly reserve all rights not granted to you by these Terms and Conditions.

## 8. Prohibited Uses

8.1  You may use the Website and the Services only for lawful purposes and in accordance with these Terms and Conditions. You agree not to use the Website or the Services:

    a.   In any way that violates any statute, law, ordinance, regulation, rule, code, order, constitution, treaty, jurisprudence, judgment, decree, other requirement, or rule of law (collectively, a "Law") of any nation or government, any state province or other political subdivision thereof, or any entity exercising executive, legislative, judicial, regulatory, or administrative function of or pertaining to government (a "Governmental Authority") that is applicable to you or any jurisdiction in which you use or interact with the Website, the Services, or the bZx decentralized margin trading protocol.

    b.   To send, knowingly upload, download, use or re-use any material which does not comply with the Content Standards set out in these Terms and Conditions.

    c.   To engage in any other conduct that restricts or inhibits anyone's use or enjoyment of the Website or the Services, or which, as determined by us, may harm the Company or other users of the Website or Services or otherwise expose them to liability.

8.2  Additionally, you agree not to:

    a.   Use the Website or Services in any manner that could disable, overburden, damage, or impair the site or interfere with any other party's use of the Website or Services, including their ability to engage in real time activities through the Website or Services.

    b.   Use any robot, crawler or other automatic device, process, or means to access the Website or Services for any purpose, including monitoring or copying any Content, or material on or in connection with the Website or Services.

    c.   Use any manual process to monitor or copy any of Content on the Website or for any other unauthorized purpose without our prior written consent.

    d.   Use any device, software or routine that interferes with the proper working of the Website or Services.

    e.   Introduce any viruses, trojan horses, worms, logic bombs or other material which is malicious or technologically

**EXHIBIT 3**                                                        **Page 29**

Terms and Conditions

e. Introduce any viruses, trojan horses, worms, logic bombs or other material which is malicious or technologically harmful.

f. Attempt to gain unauthorized access to, interfere with, damage or disrupt any parts of the Website or Services, the server on which the Website and Services are stored or hosted, or any server, computer or database connected to the Website.

g. Attack the Website or Services via a denial-of-service attack or a distributed denial-of-service attack.

h. Otherwise attempt to interfere with the proper working of the Website or Services.

## 9. Termination; Compliance

9.1 We have the right, at any time, for any reason, and in our sole discretion, to terminate or suspend your access to, or use of, the Services or all or part of the Website, including without limitation, for any violation of these Terms and Conditions.

9.2 Without limiting the foregoing, we have the right to fully cooperate with any law enforcement authorities or court order requesting or directing us to disclose the identity or other information of anyone uploading, transmitting, or downloading any materials on or through the Website. YOU AGREE TO HOLD HARMLESS THE COMPANY AND ITS AFFILIATES, LICENSEES AND SERVICE PROVIDERS FROM ANY CLAIMS RESULTING FROM ANY ACTION TAKEN BY ANY OF THE FOREGOING PARTIES DURING OR AS A RESULT OF ITS INVESTIGATIONS AND FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF INVESTIGATIONS BY US OR LAW ENFORCEMENT AUTHORITIES.

## 10. Linking to the Website

10.1 You may link to our homepage, provided you do so in a way that is fair and legal and does not damage our reputation or take advantage of it, but you must not establish a link in such a way as to suggest any form of association, approval, or endorsement on our part without our express written consent.

10.2 You agree to cooperate with us in causing any unauthorized framing or linking immediately to cease. We reserve the right to withdraw linking permission without notice.

10.3 We may disable any links at any time without notice, in our sole discretion.

## 11. Links from the Website

11.1 If the Website contains links to other sites and resources provided by third parties, these links are provided for your convenience only. This includes links contained in advertisements, including banner advertisements and sponsored links. We have no control over the contents of those sites or resources, and accept no responsibility for them or for any loss or damage that may arise from your use of them. If you decide to access any of the third party websites linked to this Website, you do so entirely at your own risk and subject to the terms and conditions of use for such websites.

## 12. Warranties

12.1 You represent, warrant, and covenant that:

a. You are, and shall at all times be, in full compliance with all applicable Laws in your access and use of the Website and Services.

b. You own, possess and/or control all of the rights in and to Your Materials that you transmit through the Services; and

c. You have the right, title, and interest to all Assets in connection with which you commence transactions through the use of the Services (or that you have all required permission from the rightful titleholder of the same).

**EXHIBIT 3**

**Page 30**

Terms and Conditions

## 13. Disclaimer of Warranties

13.1 YOU EXPRESSLY UNDERSTAND, ACKNOWLEDGE, AND AGREE THAT YOUR USE OF THE WEBSITE, CONTENT, AND SERVICES SHALL BE SOLELY AND EXCLUSIVELY AT YOUR OWN RISK. THE WEBSITE, ALL CONTENT, ALL SERVICES (INCLUDING WITHOUT LIMITATION ANY TRANSACTIONS THAT YOU MAY INITIATE, ENTER INTO, OR OTHERWISE PARTICIPATE IN) ARE PROVIDED TO YOU ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT ANY WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. NEITHER WE NOR ANY PERSON ASSOCIATED WITH US MAKES ANY WARRANTY OR REPRESENTATION WITH RESPECT TO THE SPEED, ACCURACY, TIMELINESS, COMPLETENESS, SECURITY, RELIABILITY, EFFECTIVENESS, AVAILABILITY, VALUE, OR ANY OTHER QUALITY OF THE WEBSITE, ANY CONTENT, OR THE SERVICES.

13.2 WE HEREBY DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS, AND FITNESS FOR PARTICULAR PURPOSE.

13.3 WITHOUT LIMITING THE FOREGOING, NEITHER WE NOR ANYONE ASSOCIATED WITH US REPRESENTS OR WARRANTS:

a. THAT THE WEBSITE, ANY CONTENT, THE SERVICES (INCLUDING WITHOUT LIMITATION ANY TRANSACTIONS THAT YOU MAY INITIATE, ENTER INTO, OR OTHERWISE PARTICIPATE IN) WILL BE ACCURATE, RELIABLE, SECURE, ERROR-FREE, EFFECTIVE, COMPLETE, OR UNINTERRUPTED, OR THAT THE WEBSITE OR SERVICES WILL OTHERWISE MEET YOUR NEEDS OR EXPECTATIONS;

b. THE ACCURACY, COMPLETENESS, TIMELINESS, RELIABILITY, OR EFFECTIVENESS OF ANY CONTENT THAT IS PROVIDED OR OTHERWISE MADE AVAILABLE TO YOU ON OR VIA THE WEBSITE OR SERVICES; OR

c. THE SPEED, ACCURACY, TIMELINESS, COMPLETENESS, SECURITY, RELIABILITY, EFFECTIVENESS, AVAILABILITY, VALUE, OR ANY OTHER QUALITY OF I) THE SERVICES; OR II) OF ANY TRANSACTIONS THAT YOU MAY INITIATE, ENTER INTO, OR PARTICIPATE IN THROUGH OR VIA THE SERVICES OR WEBSITE.

## 14. Limitation on Liability; Remedies

14.1 WE WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGE CAUSED BY A DISTRIBUTED DENIAL-OF-SERVICE ATTACK, INTRUSION, BREACH, VIRUS, MALWARE, SPYWARE, TROJAN, ROOTKIT, OR OTHER TECHNOLOGICALLY HARMFUL MATERIAL OR ACT THAT IMPACTS OR INTERACTS IN ANY WAY WITH YOUR COMPUTER EQUIPMENT, OPERATING SYSTEM, PROGRAMS, APPLICATIONS, DATABASES, OR DATA IN CONNECTION WITH OR AS A RESULT OF YOUR USE OF OR INTERACTION WITH THE BZX DECENTRALIZED MARGIN TRADING PROTOCOL, THE WEBSITE OR SERVICES OR ANY MATERIAL POSTED THERETO OR LINKED THEREFROM, ANY OTHER WEBSITE, CHANNEL, PLATFORM, OR SOCIAL MEDIA ACCOUNT OPERATED BY THE COMPANY, OR ANY COMMUNICATION FROM US.

14.2 YOUR USE OF THE WEBSITE AND SERVICES IS STRICTLY AT YOUR OWN RISK, AND WE EXPRESSLY DISCLAIM ANY AND ALL LIABILITY AND RESPONSIBILITY ARISING FROM YOUR USE THEREOF (INCLUDING INABILITY TO USE), OR RELIANCE PLACED BY YOU THEREON.

14.3 IN NO EVENT WILL THE COMPANY, ITS EMPLOYEES, AGENTS, OFFICERS, DIRECTORS, OR AFFILIATES BE LIABLE FOR DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH I) YOUR USE OF (OR INABILITY TO USE) THE BZX DECENTRALIZED MARGIN TRADING PROTOCOL, THE WEBSITE, OR THE SERVICES, II) YOUR MARGIN LENDING, BORROWING, OR TRADING ACTIVITIES, III) YOUR INVESTMENT ACTIVITIES, OR IV) YOUR CRYPTOCURRENCY ACTIVITIES, INCLUDING WITHOUT LIMITATION, ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, AND INCLUDING BUT NOT LIMITED TO, PERSONAL INJURY, PAIN AND

**EXHIBIT 3**

SUFFERING, EMOTIONAL DISTRESS, LOSS OF REVENUE, LOSS OF PROFITS, LOSS OF BUSINESS OR ANTICIPATED SAVINGS, LOSS OF USE, LOSS OF GOODWILL, BREACH OF PRIVACY, UNAUTHORIZED ACCESS OF YOUR DATA OR INFORMATION BY THIRD PARTIES, LOSS OF ASSETS, LOSS OF YOUR DATA, AND WHETHER CAUSED BY TORT (INCLUDING NEGLIGENCE), BREACH OF CONTRACT OR OTHERWISE, EVEN IF FORESEEABLE.

14.4 IN CONNECTION WITH ANY CLAIM FOR DAMAGES IN CONNECTION WITH THE WEBSITE, CONTENT, OR SERVICES, OR OTHERWISE ARISING OUT OF OR IN CONNECTION WITH THESE TERMS AND CONDITIONS, IN NO EVENT SHALL OUR IABILITY TO YOU OR TO ANY THIRD PARTY EXCEED THE GREATER OF I) THE AMOUNT THAT YOU PAID TO US DURING THE THREE (3) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO THE CLAIM; OR II) ONE HUNDRED US DOLLARS ($100.00).

## 15. Indemnification

15.1 You agree to defend, indemnify and hold harmless the Company, its affiliates, licensors and service providers, and its and their respective officers, directors, employees, contractors, agents, licensors, suppliers, successors and assigns from and against any claims, liabilities, damages, judgments, awards, losses, costs, expenses or fees (including reasonable attorneys' fees) arising out of or relating to your violation of these Terms and Conditions, your use of the Website or the Services, your interactions with other users of the bZx decentralized margin trading protocol, and any actions you take with respect to your own Assets and the Assets of others.

## 16. Governing Law and Jurisdiction

16.1 All matters relating to the Website, Services, and these Terms and Conditions and any dispute or claim arising therefrom or related thereto (in each case, including non-contractual disputes or claims), shall be governed by and construed in accordance with the laws of the State of Delaware without giving effect to any choice or conflict of law provision or rule (whether of the State of Delaware or any other jurisdiction).

## 17. Limitation on Time to File Claims

17.1 ANY CAUSE OF ACTION OR CLAIM YOU MAY HAVE ARISING OUT OF OR RELATING TO THESE TERMS AND CONDITIONS, OR YOUR USE OF THE SERVICES OR THE WEBSITE MUST BE COMMENCED WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES, OTHERWISE, SUCH CAUSE OF ACTION OR CLAIM IS PERMANENTLY BARRED.

## 18. General

18.1 Waiver. No waiver of by us of any term or condition set forth in these Terms shall be deemed a further or continuing waiver of such term or condition or a waiver of any other term or condition, and any failure of the Company to assert a right or provision under these Terms shall not constitute a waiver of such right or provision.

18.2 Severability. If any provision of these Terms and Conditions is held by a court or other tribunal of competent jurisdiction to be invalid, illegal or unenforceable for any reason, such provision shall be eliminated or limited to the minimum extent such that the remaining provisions of these Terms will continue in full force and effect.

18.3 Entire Agreement. The Terms and Conditions and our Privacy Policy constitute the sole and entire agreement between you and the Company with respect to the Website and supersede all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, with respect to the Website.

18.4 Headings. The section and paragraph headings in these Terms and Conditions are for convenience only and shall not affect their interpretation.

18.5 No Agency. No agency, partnership, joint venture, or employment relationship is created as a result of these Terms and

EXHIBIT 3                          Page 32

Conditions, your use of the Website or Services, or your interaction with us, and neither party has any authority of any kind to bind the other in any respect.

18.6 Notices. The Website is operated by the Company. All feedback, comments, questions, requests for technical support, requests for information and other communications relating to the Website or these Terms should be directed to:

If by Mail:

Leveragebox LLC
P.O. Box 501582
Atlanta, GA 31150

If by E-Mail:

hello@fulcrum.trade

# Latest from bZx Blog



### P125 Debt Token FAQ

Answering questions related to P125 Compensation plan debt token.

Jan 05, 2022 - 5 min read



**EXHIBIT 3**                                    **Page 33**

Terms and Conditions

## PLAN

### bZx Compensation Plans

bZx DAO has voted on and approved the compensation plan to refund victims of the attack on November 5th, 2021.

Dec 06, 2021 – 4 min read



Nov 26th, 2021

bZx
Community
Call

### bZx Community call #32

On Friday November 26, 2021 bZx held it's 32nd community call to discuss news and updates.

Nov 26, 2021 - 3 min read

# Need help?

"No centralization" doesn't mean "no customer support."
We're here to help!

Contact us

## bZx Protocol                    ## Products                    ## Company

How it works                    Fulcrum                    History

**EXHIBIT 3**                                    **Page 34**

| Documentation | Torque | Team |
|---|---|---|
| API | Staking Dashboard | Careers |
| Ecosystem | Protocol Explorer | Press |
| Blog | iTokens | Media assets |
| Staking Calculator | BZRX Token | Contact us |

Fulcrum is built on bZx protocol



© 2021 bZeroX, LLC     Terms of use     Privacy policy

EXHIBIT 3                                              Page 35