# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SARCUNI, PEDRO CUNHA, ALEXANDER LLOYD, SKLIAR VIKTOR, MARC SIMON, PILICI RUSTAM, DANIEL LU, CLÉMENT OMÉTEK, EDISON HO, KIRO ALEKSANDROV, JONAS WERNECKE, PAOLO LEITE, MIRAS ISSAKHOV, and DANIELE PENNA, on behalf of themselves and other similarly situated,<br><br>               Plaintiffs,<br><br>               v.<br><br>bZx DAO, KYLE KISTNER, TOM BEAN, HASHED INTERNATIONAL LLC, AGE CRYPTO LLC, OOKI DAO, LEVERAGEBOX LLC, and bZeroX LLC,<br><br>               Defendants. | Case No. 3:22-cv-00618-LAB-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION TO FILE RESPONSE/REPLY**<br><br>**[DKT. 30]** |

On July 20, 2022, all Plaintiffs ("Plaintiffs") and Defendants Kyle Kistner, Tom Bean, Leveragebox LLC, and bZeroX LLC (collectively, the "Leveragebox Defendants") filed a Joint Motion for Extension to File Response/Reply to Defendants' Motion to Dismiss. (Dkt. 30).

For good cause shown, the Court **GRANTS** the proposed extension. Plaintiffs shall have until **September 13, 2022**, to file their opposition to the motion to dismiss. Leveragebox Defendants shall have until **October 4, 2022**, to file a reply in support of their motion to dismiss. The hearing on the motion to dismiss remains on calendar for **October 11, 2022**, at **11:15 a.m.**

**IT IS SO ORDERED.**

DATED: August 2, 2022

*[signature]*

Hon. Larry Alan Burns
United States District Judge