# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Sarcuni et al v. bZx DAO et al**          Case Number: **22cv618-LAB-DEB**

Hon. Larry Alan Burns          Ct. Deputy: T. Weisbeck

    Currently on calendar for Monday, October 11, 2022, at 11:15 a.m. are hearings on Defendants Kyle Kistner, Tom Bean, Leveragebox LLC, and bZeroX LLC's Motion to Dismiss Plaintiffs' First Amended Complaint, or, in the alternative, to Strike Plaintiffs' Class Allegations, (Dkt. 27); and Defendants Hashed International LLC and AGE Crypto GP LLC'S Motion to Dismiss Plaintiffs' First Amended Complaint, (Dkt. 31). Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this motion suitable for decision without oral argument. Accordingly, the hearing on this motion is taken off calendar and this matter is taken under submission. No appearances will be required in this matter on October 11, 2022.

Date:  October 3, 2022                                                                                   Initials:  LC

cc:  All Counsel