# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SARCUNI, et al., on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>bZx DAO, KYLE KISTNER, TOM BEAN, HASHED INTERNATIONAL LLC, AGE CRYPTO LLC, OOKI DAO, LEVERAGEBOX LLC, and bZeroX LLC,<br><br>Defendants. | Case No.: 22-cv-0618-LAB-DEB<br><br>**ORDER DENYING MOTION TO MODIFY BRIEFING SCHEDULE**<br>**[Dkt. 37]** |

Plaintiffs filed a motion to modify the briefing schedule for one of the two pending motions to dismiss, bringing to the Court's attention two recent actions by the Commodity Futures Trading Commission ("CFTC") involving defendants in this case: an order in *In the Matter of bZeroX LLC*, CFTC No. 22-31, 2022 WL 4597664 (Sept. 22, 2022), and the complaint filed in *CFTC v. Ooki DAO*, No. 22-CV-5416 (N.D. Cal. Sept. 22, 2022). Plaintiffs ask to modify the briefing schedule to discuss these actions.

//
//

The Court may take judicial notice of the existence of court records in related litigation, see *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992), and records of administrative agencies, *Interstate Nat. Gas Co. v. S. Cal. Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1953), but may not consider the truth of facts recited in those records, see *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001) (court records), *Cal. Sportfishing Prot. All. v. Shiloh Grp., LLC*, 268 F. Supp. 3d 1029, 1038 (N.D. Cal. 2017) (administrative agency records). The CFTC order and complaint primarily contain factual allegations that are not relevant to the pending motion to dismiss. The Court will take the CFTC's recent actions into account to the extent they are legally relevant, but the motion to modify the briefing schedule is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 6, 2022

**Hon. Larry Alan Burns**
United States District Judge