MORRISON COHEN LLP
Jason P. Gottlieb (NY SBN 4056008)*
Daniel C. Isaacs (NY SBN 4875902)*
Alexandra Wang (NY SBN 5416748)**
909 Third Avenue
New York, NY 10022
Telephone: 212.735.8600
Facsimile: 212.735.8708
jgottlieb@morrisoncohen.com
disaacs@morrisoncohen.com
*admitted *pro hac vice*
***pro hac vice forthcoming*

HAHN LOESER & PARKS LLP
Michael J. Gleason (CA SBN 279434)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
mgleason@hahnlaw.com

*Attorneys for Defendants Kyle Kistner, Tom Bean, Leveragebox LLC and bZeroX LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

CHRISTIAN SARCUNI, *et al.*, on behalf of themselves and other similarly situated,

Plaintiffs

vs.

bZx DAO, KYLE KISTNER, TOM BEAN, HASHED INTERNATIONAL LLC, AGE CRYPTO LLC, OOKI DAO, LEVERAGEBOX LLC, and bZeroX LLC,

Defendants.

**Case No. 3:22-cv-00618-LAB-DEB**

**LEVERAGEBOX DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Kyle Kistner, Tom Bean, Leveragebox LLC, and bZeroX LLC (collectively, the "Leveragebox Defendants") respectfully submit this response to Plaintiff's Notice of Supplemental Authority, dated December 22, 2022 (ECF 45).

The December 20, 2022 Order Concluding That Service Has Been Achieved in *CFTC v. Ooki DAO*, N.D. Cal. No. 22-cv-5416-WHO (N.D. Cal) (the "Service Order") is an order regarding service of a summons and complaint. *See* ECF 45-1. The District Court there has not yet ruled on any substantive motions, including any Rule 12 motions. Here, there are no disputes regarding service, and thus the Service Order has no bearing on the pending Rule 12 motions (ECF 27, 31).

Dated: December 23, 2022 HAHN LOESER & PARKS LLP

By: s/ Michael J. Gleason
Michael J. Gleason (CA SBN 279434)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
mgleason@hahnlaw.com

MORRISON COHEN LLP
Jason P. Gottlieb (NY SBN 4056008)*
Daniel C. Isaacs (NY SBN 4875902)*
Alexandra Wang (NY SBN 5416748)**
909 Third Avenue
New York, NY 10022
Telephone: 212.735.8600
Facsimile: 212.735.8708
jgottlieb@morrisoncohen.com
disaacs@morrisoncohen.com
**admitted pro hac vice*
***pro hac vice forthcoming*

*Attorneys for Defendants Kyle Kistner, Tom Bean, Leveragebox LLC, and bZeroX LLC*