Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLÉMENT OMÉTAK, CHRISTIAN SARCUNI, PEDRO CUNHA, ALEXANDER LLOYD, SKLIAR VIKTOR, MARC SIMON, PILICI RUSTAM, SHUAI LU, EDISON HO, KIRO ALEKSANDROV, JONAS WERNECKE, PAOLO LEITE, MIRAS ISSAKHOV, SOORAJ NARAYANAN, HÉCTOR ALBERT GONZÁLEZ TERRÓN, MANNU SINGH, MARC-JULIEN LIE, SIMON SCHMID, and DANIELE PENNA, on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>bZx DAO, KYLE KISTNER, TOM BEAN, HASHED INTERNATIONAL LLC, AGE CRYPTO GP LLC, OOKI DAO, LEVERAGEBOX LLC, and bZeroX LLC,<br><br>Defendants. | Case No. 22-cv-0618-LAB-DEB<br><br>**RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>**CLASS ACTION**<br>**JURY TRIAL DEMANDED**<br><br>Judge: Hon. Larry Alan Burns<br><br>Action filed: May 2, 2022 |

1  The Leveragebox Defendants contend that the recent decision in *Johnson v. Maker Ecosystem Growth Holdings Inc.*, No. 20-cv-2569 (MMC) (N.D. Cal. Feb. 22, 2023), "applied the economic loss doctrine to the plaintiff's negligence claim, and dismissed that claim because the plaintiff alleged only economic losses." (ECF No. 47 at 2:7–9.) Not so. The *Johnson* court noted that "[w]hether the special relationship exception [to the economic loss doctrine] applies . . . is a fact-intensive inquiry," and the court found the exception inapplicable there because the "plaintiff ha[d] not pleaded facts sufficient to support a finding to that effect." (ECF No. 47-1 at 11:16–20.) Here, Plaintiffs have pleaded facts sufficient to support a special relationship: namely, that Plaintiffs were direct customers of the crypto DAO that all Defendants were general partners in, and that the DAO had custody over Plaintiffs' funds. (ECF No. 36 at 7–11.) *Johnson* thus does not shed light on the application of the special relationship doctrine to the Plaintiffs' claims here. The Motions to Dismiss should be denied.

Respectfully submitted,

*/s/ Jason Harrow*
Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293

*Attorneys for Plaintiffs*