Jason Harrow (Cal. Bar No. 308560)
Charles Gerstein (*pro hac vice*)
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLÉMENT OMÉTAK, CHRISTIAN SARCUNI, PEDRO CUNHA, ALEXANDER LLOYD, SKLIAR VIKTOR, MARC SIMON, PILICI RUSTAM, SHUAI LU, EDISON HO, KIRO ALEKSANDROV, JONAS WERNECKE, PAOLO LEITE, MIRAS ISSAKHOV, SOORAJ NARAYANAN, HÉCTOR ALBERT GONZÁLEZ TERRÓN, MANNU SINGH, MARC-JULIEN LIE, SIMON SCHMID, and DANIELE PENNA, on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>bZx DAO, KYLE KISTNER, TOM BEAN, HASHED INTERNATIONAL LLC, AGE CRYPTO GP LLC, OOKI DAO, LEVERAGEBOX LLC, and bZeroX LLC,<br><br>Defendants. | Case No. 22-cv-0618-LAB-DEB<br><br>**PLAINTIFFS'S ANSWER TO DEFENDANT KYLE KISTNER'S COUNTERCLAIMS**<br><br>**CLASS ACTION**<br>**JURY TRIAL DEMANDED**<br><br>The Hon. Larry A. Burns<br><br>Date: May 15, 2023 |

Plaintiffs–Counterclaim Defendants ("Plaintiffs") hereby Answer the allegations of Defendant–Counterclaim Plaintiff Kyle Kister ("Defendant"):

1. Plaintiffs deny that they "held some amount of BZRX tokens." Plaintiffs admit they used the bZx protocol.

2. Plaintiffs lack sufficient information to admit or deny this allegation.

3. Plaintiffs deny that they held some amount of BZRX, PGOV, or BGOV tokens. Plaintiffs lack sufficient information to admit or deny whether "BZRX, PGOV, or BGOV tokens are generated and disbursed to individuals who stake assets on the Ethereum, Polygon, or BSC desployments." Plaintiffs deny that each had *staked* assets; Paragraph 64 of the First Amended Complaint, on which Defendant relies for this allegation, obviously uses the word "stake" to colloquially refer to an amount of ownership not to a "staked" asset as that term is used in crypto jargon. Plaintiffs deny that "each of them was . . ., at least at some point, a holder of BZRX, PGOV, and/or BGOV tokens."

4. This paragraph states a legal conclusion to which a response is not required.

5. This paragraph states a legal conclusion to which a response is not required.

6. This paragraph states a legal conclusion to which a response is not required.

7. Plaintiffs deny that they "held some amount of BZRX tokens." Plaintiffs admit they used the bZx protocol.

8. This paragraph states a legal conclusion to which a response is not required.

9. This paragraph states a legal conclusion to which a response is not required.

10. This paragraph states a legal conclusion to which a response is not required.

11. This paragraph states a legal conclusion to which a response is not required.

12. This paragraph states a legal conclusion to which a response is not required.

13. This paragraph states a legal conclusion to which a response is not required.

14. Plaintiffs deny that they "held some amount of BZRX tokens." Plaintiffs admit they used the bZx protocol.

15. This paragraph states a legal conclusion to which a response is not required.

16. This paragraph states a legal conclusion to which a response is not required.

17. This paragraph states a legal conclusion to which a response is not required.

18. This paragraph states a legal conclusion to which a response is not required.

19. This paragraph states a legal conclusion to which a response is not required.

20. This paragraph states a legal conclusion to which a response is not required.

21. This paragraph states a legal conclusion to which a response is not required.

22. This paragraph states a legal conclusion to which a response is not required.

23. This paragraph states a legal conclusion to which a response is not required.

24. Plaintiffs deny that they "held some amount of BZRX tokens." Plaintiffs admit they used the bZx protocol.

25. This paragraph states a legal conclusion to which a response is not required.

26. Plaintiffs deny, to the extent this allegation purports to state factual content, that they breached any duty of care or loyalty to anyone.

27. This paragraph states a legal conclusion to which a response is not required.

28. This paragraph states a legal conclusion to which a response is not required.

29. Plaintiffs deny that they "held some amount of BZRX tokens." Plaintiffs admit they used the bZx protocol.

30. This paragraph states a legal conclusion to which a response is not required.

31. This paragraph states a legal conclusion to which a response is not required.

32. This paragraph states a legal conclusion to which a response is not required.

33. This paragraph states a legal conclusion to which a response is not required.

34. This paragraph states a legal conclusion to which a response is not required.

1     Plaintiffs further answer that Defendant is not entited to any relief
2 in response to the remainder of his allegations.

                          Respectfully submitted,

                          */s/ Jason Harrow*
                          Jason Harrow
                          (Cal. Bar No. 308560)
                          Charles Gerstein
                          (*pro hac vice*)
                          GERSTEIN HARROW LLP
                          3243B S. La Cienega Blvd.
                          Los Angeles, CA 90016
                          jason@gerstein-harrow.com
                          (323) 744-5293

                          *Attorneys for Plaintiffs*