Jason Harrow
(Cal. Bar No. 308560)
Charlie Gerstein
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLÉMENT OMÉTAK, CHRISTIAN SARCUNI, PEDRO CUNHA, ALEXANDER LLOYD, SKLIAR VIKTOR, MARC SIMON, PILICI RUSTAM, SHUAI LU, EDISON HO, KIRO ALEKSANDROV, JONAS WERNECKE, PAOLO LEITE, MIRAS ISSAKHOV, SOORAJ NARAYANAN, HÉCTOR ALBERT GONZÁLEZ TERRÓN, MANNU SINGH, MARC-JULIEN LIE, SIMON SCHMID, and DANIELE PENNA, on behalf of themselves and other similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>bZx DAO, KYLE KISTNER, TOM BEAN, HASHED INTERNATIONAL LLC, AGE CRYPTO GP LLC, OOKI DAO, LEVERAGEBOX LLC, and bZeroX LLC,<br><br>    Defendants. | Case No. 3:22-cv-0618-LAB-DEB<br><br>**PLAINTIFFS' STATEMENT REGARDING DISCOVERY PLAN**<br><br>Judge: Hon. Larry Alan Burns<br><br>Action filed: May 2, 2022 |

At the first ENE conference, the Court asked the Parties to update their discovery plan by July 14. As of the time of this filing, Plaintiffs' counsel has not gotten any response to whether Defendants wish to update their portion of the Joint Discovery plan submitted earlier (ECF No. 72). Accordingly, Plaintiffs' submit the attached update regarding a discovery schedule, and they do not object to Defendants submitting any similar update. Plaintiffs otherwise adopt the information in the previously submitted plan at ECF No. 72.

Plaintiffs' updated statement regarding discovery. Plaintiffs continue to be willing to agree to phased discovery to determine threshold issues and conserve resources, but they have not reached an agreement with Defendants about the scope and timing of the first phase. Plaintiffs continue to believe Defendants' proposal for a very narrow first phase of discovery is both insufficient and unrealistic. Indeed, attempting to narrow phase one to just a brief period of written discovery about the narrow question of whether these Defendants hold legal title to BZRX tokens—itself a question, in the novel context of blockchain-based assets, that is far more complicated than Defendants appear to acknowledge—is more likely than not to prompt Plaintiffs to respond to any summary judgment with a request, under Rule 56(d), for additional discovery. That will only add delay and cost. Plaintiffs thus propose the following phases and topics of discovery.

| Phase | Permitted Topics |
|---|---|
| I (ownership and partnership status) | • Ownership of BZRX or other governance tokens, including but not limited to the relationships between the people who |

| | control the private keys to wallets containing tokens and the entities that employ or control those people<br>• Relationship of Defendants to one another, to related corporate entities and individuals, and to other tokenholders<br>• Investment in bZx DAO, Ooki DAO, bZeroX LLC, Leveragebox LLC, and related protocols and entities<br>• Decisionmaking of bZx DAO, Ooki DAO, bZeroX LLC, Leveragebox LLC, and related protocols and entities with respect to finances, funding, employment, labor, software development, and related topics |
|---|---|
| II (liability) | • All other topics related to liability, including negligence, loss amount, cybersecurity, and representations to users |

Plaintiffs propose that phased discovery be governed by the following timeline:

| Task | Phase I date | Phase II date |
|---|---|---|
| Fact discovery | October 15, 2023 | May 15, 2024 |
| Expert designations and disclosures | November 15, 2023 | June 15, 2024 |
| Expert discovery | December 15, 2023 | July 15, 2024 |

| Dispositive motions noticed for | Early 2024, by agreement | Fall 2024, by agreement |
|---|---|---|
| Plaintiffs' motion for class certification noticed for | Early 2024, by agreement | |
| Settlement Conference | | October 30, 2024 |
| Pretrial conference | | November 20, 2024 |
| Trial | | December 10, 2024 |

Respectfully submitted,

*/s/ Jason Harrow*
Jason Harrow
(Cal. Bar No. 308560)
Charles Gerstein
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323) 744-5293

*Attorneys for Plaintiffs*

**PLAINTIFFS' STATEMENT REGARDING DISCOVERY PLAN, 22-cv-0618**