1  Jason Harrow
   (Cal. Bar No. 308560)
2  GERSTEIN HARROW LLP
   12100 Wilshire Blvd. Ste. 800
3  Los Angeles, CA 90025
   jason@gerstein-harrow.com
4  (323) 744-5293
   *Counsel for Plaintiffs; additional counsel in signature block*
5

6

7                  **UNITED STATES DISTRICT COURT**
                  **SOUTHERN DISTRICT OF CALIFORNIA**
8

9  CLÉMENT OMÉTAK,                        Case No. 22-cv-0618-LAB-
   CHRISTIAN SARCUNI, PEDRO              DEB
10 CUNHA, ALEXANDER LLOYD,
   SKLIAR VIKTOR, MARC SIMON,            **STIPULATION OF**
11 PILICI RUSTAM, SHUAI LU,              **DISMISSAL WITH**
   EDISON HO, KIRO                       **PREJUDICE**
12 ALEKSANDROV, JONAS
13 WERNECKE, PAOLO LEITE,                **The Hon. Larry A. Burns**
   MIRAS ISSAKHOV, SOORAJ
14 NARAYANAN, HÉCTOR ALBERT
15 GONZÁLEZ TERRÓN, MANNU
   SINGH, MARC-JULIEN LIE,
16 SIMON SCHMID, and DANIELE
17 PENNA, on behalf of themselves
   and other similarly situated,
18
19
20       Plaintiffs,

21         vs.

22 bZx DAO, KYLE KISTNER, TOM
   BEAN, HASHED
23 INTERNATIONAL LLC, AGE
24 CRYPTO GP LLC, OOKI DAO,
25 LEVERAGEBOX LLC, and bZeroX
   LLC,
26

27

28

---

                              1
                  **Stip of Dismissal, 22-cv-0618**

1    Defendants.

2    _____

3    Kyle Kistner,

4         Counterclaim-Plaintiff

5         v.

6    CLÉMENT OMÉTAK, CHRISTIAN
     SARCUNI, PEDRO CUNHA,
7    ALEXANDER LLOYD, SKLIAR
     VIKTOR, MARC SIMON, PILICI
8    RUSTAM, SHUAI LU, EDISON HO,
9    KIRO ALEKSANDROV, JONAS
     WERNECKE, PAOLO LEITE,
10   MIRAS ISSAKHOV, SOORAJ
11   NARAYANAN, HÉCTOR ALBERT
     GONZÁLEZ TERRÓN, MANNU
12   SINGH, MARC-JULIEN LIE,
13   SIMON SCHMID, and DANIELE
     PENNA,
14
15        Counterclaim-Defendants.

16

17
         Pursuant to Federal Rule of Civil Procedure 41, all Parties
18
     (including Plaintiffs and Counterclaim-Plaintiff) hereby dismiss with
19
     prejudice all claims against all other parties. No claims remain, and the
20
     Parties thus recommend the Court close the case.
21
         All Parties bear their own costs and fees, and no Party is considered
22
     a prevailing party.[1]
23

24                                 Respectfully submitted,
25

26

27
     _____
          [1] The filing party has the authority of all signers to include their electronic signatures.
28

1   Dated: November 9, 2023         **HAHN LOESER & PARKS LLP**

2
                                    */s/ Michael J. Gleason*
3                                   Michael J. Gleason (CA SBN
                                    279434)
4                                   One America Plaza
                                    600 W. Broadway, Suite 1500
5                                   San Diego, CA  92101
                                    Telephone: 619.810.4300
6                                   Facsimile: 619.810.4301
                                    mgleason@hahnlaw.com
7

8                                   **MORRISON COHEN LLP**

9                                   Jason P. Gottlieb (NY SBN

10                                  4056008)*

11                                  Daniel C. Isaacs (NY SBN

12                                  4875902)*

                                    909 Third Avenue, 27th Floor
13
                                    New York, NY 10022
14
                                    Telephone:  212.735.8600

15                                  Facsimile:  212.735.8708

16                                  jgottlieb@morrisoncohen.com

                                    disaacs@morrisoncohen.com
17

18                                  **admitted pro hac vice*

19

20
                                    Attorneys for Defendant and
21                                  Counterclaimant Kyle Kistner; and
22                                  dismissed Defendants Tom Bean,
                                    Leveragebox LLC and bZeroX LLC
23

24

25

26

27

28

---

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REIF LAW GROUP, P.C.**

*/s/ Brandon S. Reif*
Brandon S. Reif (CA SBN 279434)
Marc S. Ehrlich (CA SBN 198112)
1915 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.494.6500
breif@reiflawgroup.com
mehrlich@reiflawgroup.com
docket@reiflawgroup.com

Attorneys for Defendant
Age Crypto LLC

**JENNER & BLOCK LLP**

*/s/ Kayvan B. Sadeghi*
Kayvan B. Sadeghi*
Elizabeth H. Baldridge (CA SBN 313390)
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
ksadeghi@jenner.com
ebaldridge@jenner.com
**admitted pro hac vice*

Counsel for Defendant
Hashed International LLC

**GARSON & GUTIERREZ**

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Adam S. Garson*

Adam S. Garson (CA SBN 240440)

Garson & Gutierrez

600 B Street, Suite 300

San Diego, CA 92101

(619) 343-3984

adam.garson@garsongutierrez.com


Counsel for Defendant

Hashed International LLC

**GERSTEIN HARROW LLP**

*/s/ Jason Harrow*

Jason Harrow, Esq. (CA SBN 308560)

Charles Gerstein

Gerstein Harrow LLP

3243B S. La Cienega Blvd.

Los Angeles, CA 90016

(323) 744-5293

charlie@gerstein-harrow.com

jason@gerstein-harrow.com


Counsel for

Plaintiffs/Counterclaim-Defendants

**Stip of Dismissal, 22-cv-0618**