# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SARCUNI, et al., on behalf of themselves and other similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>bZx DAO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-cv-618-LAB-DEB<br><br>**ORDER OF DISMISSAL [Dkt. 77]** |

On November 9, 2023, the parties filed a Stipulation of Dismissal with Prejudice. (Dkt. 77). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action, including all claims and counterclaims, is **DISMISSED WITH PREJUDICE** in its entirety. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: November 16, 2023

*Larry A. Burns*
**Hon. Larry Alan Burns**
United States District Judge